Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re:<br><br>Inc. Drain Doctor<br><br>Debtor(s). | Case No. 04-37784<br>Chapter 7<br><br>Judge: GLEN E. CLARK |
|---|---|

## DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and

hereby represents to the Court that:

   __x__ A        The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   _____ B        The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 3002 | Standard Plumbing<br>P.O. Box 26616<br>Salt Lake City, UT 84126 | 5,924.69 |



A check in the amount of $5,924.69 representing said funds in payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this 29th day of December, 2009.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS

was mailed to the following persons by depositing the same in the United States Mail, first-class

postage prepaid or by electronic filing, this 29th day of December, 2009:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

FRANKLIN L. SLAUGH
880 East 9400 South, #103
Sandy, UT 84094